**JUDGE CASTILLO**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE ASHMAN**

**08CR 0038**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| vs. | ) | Violations: Title 18, United States Code, |
| | ) | Sections 2252A(a)(2)(A) and 2252A(a)(5)(B) |
| ANTHONY S. QUIRIN | ) | |

**FILED**

JAN 1 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 6, 2007, at Elgin, Illinois, in the Northern District of Illinois, Eastern Division,

ANTHONY S. QUIRIN,

defendant herein, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely a computer file titled "Pedo – Cp Tvg 13 Bond 10-11-12Yo Childlover Little Collection Video 0039 Girl- Vicky String Bikini Pthc 11Yo Pedofilia.mpg," that had been shipped and transported in interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 6, 2007, at Elgin, Illinois, in the Northern District of Illinois, Eastern Division,

ANTHONY S. QUIRIN,

defendant herein, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely a computer file titled "pedofilia part4 – Vicky anal Defloration.mpg," that had been shipped and transported in interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about August 24, 2007, at Elgin, Illinois, in the Northern District of Illinois, Eastern Division,

ANTHONY S. QUIRIN,

defendant herein, knowingly possessed material, namely, a Dell Dimension computer, serial number CVYJF91, containing a Seagate Barracuda hard drive, serial number 5MT3PXN0, that contained video and still images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported in interstate commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further alleges:

1. The allegations of Counts One through Three of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Section 2252A,

ANTHONY S. QUIRIN,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items:

   (a) seized personal computers including hard and zip drives;

   (b) seized peripheral connecting cables and equipment;

   (c) seized computer disks, including compact disks, floppy disks, CD-Rom disks, and zip disks; and

   (d) seized images.

4. To the extent that the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred to, sold to, or deposited with a third person;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value;

  (e) has been commingled with other property that cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 18, United States Code, Section 2253(o);

All pursuant to Title 18, United States Code, Section 2253.

          A TRUE BILL:


          _____
          FOREPERSON


_____
UNITED STATES ATTORNEY