**FILED**
JAN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN
08CR 0038

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO **X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO **X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  NO **X**  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO **X**  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO **X**  YES ☐

6) What level of offense is this indictment or information?  FELONY **X**  MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**  NO **X**  YES ☐

8) Does this indictment or information include a conspiracy count?  NO **X**  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)          ☐ Income Tax Fraud ......... (II)          ☐ DAPCA Controlled Substances ... (III)
   ☐ Criminal Antitrust ...... (II)         ☐ Postal Fraud ............ (II)           ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery ........... (II)          ☐ Other Fraud ............. (III)          ☐ Immigration Laws ............ (IV)
   ☐ Post Office Robbery .... (II)          ☐ Auto Theft .............. (IV)           ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery .......... (II)          ☐ Transporting Forged Securities . (III)   ☐ Food & Drug Laws ............ (IV)
   ☐ Assault ................ (III)         ☐ Forgery ................. (III)          ☐ Motor Carrier Act ........... (IV)
   ☐ Burglary ............... (IV)          ☐ Counterfeiting .......... (III)          ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ...... (IV)          ☐ Sex Offenses ............ (II)           ☐ Obscene Mail ................ (III)
   ☐ Postal Embezzlement .... (IV)          ☐ DAPCA Marijuana ......... (III)          **X** Other Federal Statutes ....... (III)
   ☐ Other Embezzlement ..... (III)         ☐ DAPCA Narcotics ......... (III)          ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 USC § 2252A(a)(2)(A) and 18 USC § 2252A(a)(5)(B)

_Julie B. Ruder_
Julie B. Ruder
Assistant United States Attorney

(Revised 12/99)