## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 38 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Anthony S. Quirin | | |

**DOCKET ENTRY TEXT**

William K. Hedrick is granted leave to file his appearance on behalf of the defendant. Arraignment and plea hearing held on 1/23/2008. Defendant appeared, waived formal reading of the indictment and entered a plea of not guilty on all counts. Any pretrial motions should be filed on or before 2/8/2008. The Court will hold a status hearing in open court on 2/15/2008 at 1:00 p.m. Defendant's presence is waived at the next status hearing. From today's date until 2/15/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). (X-E and X-T).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|