# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
January 23, 2008
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case

United States                                                        08 CR 38
v.
Anthony Quirin

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony Quirin

| | |
|---|---|
| SIGNATURE | William K Hedrick |
| FIRM | William K. Hedrick |
| STREET ADDRESS | 750 W. Northwest Hwy. |
| CITY/STATE/ZIP | Arlington Hts, IL 60004 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1171283 | TELEPHONE NUMBER 847-253-2099 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | |