## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                 Case No.: 1:08−cr−00038
                                                        Honorable Ruben Castillo

Anthony S Quirin

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge Ruben Castillo as to defendant Anthony S. Quirin : Status hearing reset to 2/20/2008 at 9:00 AM. Status hearing set for 2/15/2008 is vacated. Defendant's presence is waived at the next status hearing. From today';s date until 2/20/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B).Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.