UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | No.   08 CR 38 |
| | ) | |
| ANTHONY QUIRIN, | ) | HON. RUBEN CASTILLO, |
| | ) | JUDGE PRESIDING. |
| DEFENDANT. | ) | |

## MOTION FOR A BILL OF PARTICULARS

Defendant, ANTHONY QUIRIN, by his attorney, WILLIAM K. HEDRICK, moves, pursuant to Rule 7(f), Federal Ruse of Criminal Procedure, for an order directing the United States Attorney for the Northern District of Illinois to file and serve a written Bill of Particulars stating the following:

1. The exact time when and the exact place where the alleged offenses occurred;

2. The method or means by which the alleged offense was committed;

3. The name and address of every informer and person relied on by the prosecution for information as to the offense alleged in each count of each indictment;

4. The name and address of every person whom the government expects to call as a witness to prove the offenses charged in each count of the indictment;

5. With respect to any potential government witness, Co-Defendant, or co-conspirator, all charges or convictions against the same, specifically indicating (a) the court, (b) the case number, (c) the offense charged, and (d) the disposition;

Respectfully Submitted,

_____
WILLIAM K. HEDRICK

Prepared by:

William K. Hedrick, P.C.
750 West Northwest Highway
Arlington Heights, IL   60004
(847) 253-2099