UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | No. 08 CR 38 |
| ANTHONY QUIRIN, | ) | HON. RUBEN CASTILLO, |
| | ) | JUDGE PRESIDING. |
| DEFENDANT. | ) | |

**MOTION TO DISCOVER USE OF ELECTRONIC DEVICES**

Now comes the Defendant, ANTHONY QUIRIN, by and through his attorney, WILLIAM K. HEDRICK, and moves the court to enter an order.

1. Requiring the United States Attorney to ascertain and report the court whether any electronic eavesdropping or recording device was utilized in the investigation of this case; and

2. Permitting the defendant to inspect, audit, and copy recorded results of any use of such electronic devices, other than those provided by way of "2.04" material.

The government should have in its possession the Federal Bureau of Investigation Criminal Identification Number and the necessary background information furnished by the defendant and others containing the name, address, and other identifying information necessary for the search of the government files to be conducted.

Respectfully submitted,

WILLIAM K. HEDRICK

William K. Hedrick, P.C.
750 West Northwest Highway
Arlington Heights, IL 60004
(847) 253-2099