UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | No.  08 CR 38 |
| | ) | |
| ANTHONY QUIRIN, | ) | HON. RUBEN CASTILLO, |
| | ) | JUDGE PRESIDING. |
| DEFENDANT. | ) | |

### MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

   NOW COMES THE DEFENDANT, ANTHONY QUIRIN, by and through his attorney, WILLIAM K. HEDRICK, and respectfully moves this Honorable Court for Leave to file additional motions should such motions become necessary in light of government responses to defense motions or additional disclosures by the Government, including the presently scheduled February 18, 2008 inspection and review of seized computer data.

                              Respectfully Submitted,


                              _____
                              WILLIAM K. HEDRICK

Prepared by:

William K. Hedrick, P.C.
750 West Northwest Highway
Arlington Heights, IL   60004
(847) 253-2099