UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | No. 08 CR 38 |
| ) | |
| ANTHONY QUIRIN, ) | HON. RUBEN CASTILLO, |
| ) | JUDGE PRESIDING. |
| DEFENDANT. ) | |

**NOTICE OF FILING**

TO:  Julie Ruder, A.U.S.A.            Clerk of U.S. District Court
     Suite 1200                        20th Floor
     219 S. Dearborn Street            219 S. Dearborn Street
     Chicago, IL  60604                Chicago, IL  60604

PLEASE TAKE NOTICE that on ___February 7,_____, 2008, I filed with the Clerk of the Court for the Northern District of Illinois the following for filing therewith:

1. Motion for a Bill of Particulars
2. Motion for Disclosure of Exculpatory Evidence Including Impeaching Information
3. Motion to Discover Use of Electronic Devices
4. Motion to Require Notice of Intention to Use Other Crimes, Wrongs, or Acts Evidence
5. Defendant's Motion to Preserve Handwriting Notes of Government Agents
6. Motion for Leave to File Additional Motions
7. Case Specific Request for Discovery
8. Notice of Affirmative Defenses.

WILLIAM K. HEDRICK

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

      WILLIAM K. HEDRICK, Attorney at Law, hereby certifies that the caused to be served a copy of the attached motions on the offices of United States Attorney and Clerk U.S. District Court by U.S. Mail and by electronic filing on the February 7, 2008.

_____
WILLIAM K. HEDRICK

WILLIAM K. HEDRICK, P.C.
750 West Northwest Highway
Arlington Heights, IL   60004-5399
847-253-2099

2