Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 38 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Anthony S. Quirin | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 7/31/2008. Defendant appeared and entered a plea of guilty to Count Three of the Indictment. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty on Count Three. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 10/29/2008 at 1:00 p.m. Defendant's pretrial motions [11], [12], [13], [15], [16], [17], [18] are all denied as moot.

Docketing to mail notices.

00:45

FILED
2008 JUL 31  PM 3:47
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|